# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155419(14)

MICHAEL J. LONG, Personal
Representative of the ESTATE
OF MICHAEL KNUDSEN, Deceased,
and ZACHARY ALLEN KOTT-MILLARD,
　　　　Plaintiffs-Appellees,

v

GEOFFREY FIEGER and FIEGER LAW, P.C.,
　　　　Defendants/Third-Party Plaintiffs-
　　　　Appellants,

v

RICHARD M. GOODMAN, GOODMAN
KALAHAR, DEAN A. ROBB, and THE DEAN
ROBB LAW FIRM,
　　　　Third-Party Defendants.
_____/

SC: 155419
COA: 335343
Gd Traverse CC: 16-031437-NM

　　　　On order of the Chief Justice, the motion of defendants/third-party plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before May 30, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

　　　　May 17, 2017



Clerk